UNITED STATES of America,
Plaintiff–Appellee,

v.

Joel GONZALEZ–HERNANDEZ,
Defendant–Appellant.

No. 06–10249.

United States Court of Appeals,
Ninth Circuit.

Submitted April 16, 2007.*

Filed April 18, 2007.

Mark Wayne Reeves, Esq., Office of the U.S. Attorney, Yuma, AZ, for Plaintiff–Appellee.

Anders V. Rosenquist, Jr., Esq., Rosenquist & Associates, Phoenix, AZ, for Defendant–Appellant.

Joel Gonzalez–Hernandez, Florence, AZ, pro se.

Before: O'SCANNLAIN, CLIFTON and BEA, Circuit Judges.

MEMORANDUM **

Joel Gonzalez–Hernandez appeals from his guilty-plea conviction and 70–month sentence imposed for importation of 1,000 kilograms or more of marijuana, in violation of 21 U.S.C. § 952.

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Gonzalez–Hernandez's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

Because our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 82–83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), indicates that Gonzalez–Hernandez knowingly and voluntarily waived his right to appeal and was sentenced within the terms of the plea agreement, we enforce the waiver and dismiss the appeal. *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir.2000) (stating that an appeal waiver is valid when it is entered knowingly and voluntarily).

Counsel's motion to withdraw is **GRANTED.**

The appeal is **DISMISSED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.